IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY CHARLES KNAPP                                                                                    PLAINTIFF

v.                                              Case No. 4:23-cv-04118

ARKANSAS DEPARTMENT OF
CORRECTIONS; and BARBARA O'GUIN                                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that all claims against Defendant Arkansas Department of Corrections and all official capacity claims against Defendant O'Guin be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Judge Bryant further recommends that Plaintiff's individual capacity claims against Defendant O'Guin be allowed to proceed.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. All claims against Defendant Arkansas Department of Corrections and all official capacity claims against Defendant O'Guin are hereby **DISMISSED WITHOUT PREJUDICE**. Further, Plaintiff's individual capacity claims against Defendant O'Guin may proceed with service of process on Defendant O'Guin.

**IT IS SO ORDERED**, this 9th day of April, 2024

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge