IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY CHARLES KNAPP                                                                                    PLAINTIFF

v.                                            Case No. 4:23-cv-04118

BARBARA O'GUIN                                                                                             DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on December 23, 2025, by the Honorable Spencer G Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 52). Judge Singleton recommends that Plaintiff's amended complaint be dismissed without prejudice for failure to prosecute and for failure to comply with the Court's order to respond to Defendant's motion for summary judgment. (ECF No. 52, at 3).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 52) *in toto*. Accordingly, the Court finds that Plaintiff's amended complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with the Court's orders.

**IT IS SO ORDERED**, this 14th day of January, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge